To **The United States District Court**



FILED ___ ENTERED
LOGGED ___ RECEIVED
FEB 23 2023
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# Civil Action Lawsuit

## Against The State of Maryland

involving:

The Frederick States Attorney Office
The Frederick County Sheriffs Department
The Frederick County Circuit Court
The Maryland Department of Health

Contents:

Civil Action Lawsuit - page 1
Summons For Emergency Action - page 2
Motion To Dismiss charges and Modify Bond - page 3
Request For Immediate Release from Unlawful Detention - page 4
Request For Immediate Response and Settlement - page 5

Emergency Petitions previously filed To Court - page 6 - 20
Statements of Violations previously filed To Court - page 21 - 40

Sent From:

Marcel Emil Mase - Salomon Building
6655 Sykesville Road
Sykesville Maryland 21784

Signed by Marcel Mase  *Marcel Mase*  february 7th 2023

Certificate of Service:
I solemnly swear under penalties of perjury that all information in this document is true and was mailed to **The U.S. District Court** on 2/14/23  *Marcel Mase*

Cover

To The **United States District Court**

Civil Action Lawsuit against The State of Maryland involving The Frederick States Attorney office, Frederick County Sheriffs Department, Frederick County Circuit Court, Maryland Department of Health

I, Marcel Emil Mase, pro se pursue this Civil Action against the State of Maryland.

Here I claim to be victim of unlawful detention ongoing from February 25th 2022 resulting from criminal action pursued by The State of Maryland related to case C-10-CR-22-000110 now in The Circuit Court of Frederick and I claim to be victim of prosecutorial misconduct due to the extreme negligence of The States Attorney office in my regard through these official proceedings where The prosecution has argued requesting the courts take wrongful action against me which has resulted in severe detriment to my legal rights and I claim to be a victim of Police Brutality due to the seriousness misconduct of The Frederick County Sheriffs Department in my arrest then their providing a perjured charging document to the court misrepresenting the events of my arrest and I claim to be a victim of medical malpractice and libel and defamation due to incidents of bias motivated religious discrimination occuring in these proceedings involving The Frederick County Circuit Court and The Maryland Department of Health.

Many of The claims put forth in this document can surely be considered crime and in places of my Testimony I do refer to the wrongful actions taken against me as being crime, though I give this clarification that I do not wish to pursue criminal action against The State of Maryland and I do not wish that anyone be held as criminally responsible for any of the claims made here in this document due to the extraordinary circumstances of The case I present.

And I Motion The Court to allow me to proceed in forma pauperis as I understand there may be a filing fee required for this action though due to my state of poverty and incarceration by Government I am unable to pay any fee for this action nor provide security therefore; also this being a situation of emergency I ask the fee be waived.

Signed by Marcel Mase  *[signature]*   February 7th 2023

1